1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   ANDREW F. DAWSON (CABN 264421)
5  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorneys

       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
8      FAX: (415) 436-6753
       claudia.quiroz@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-0234 CRB |
| Plaintiff, | **UNITED STATES' MOTION TO DISMISS COUNTS TWO AND THREE, AND THE BANK FRAUD OBJECT IN COUNT FOUR, OF THE INDICTMENT, SUPERSEDING INDICTMENT, AND SECOND SUPERSEDING INDICTMENT; [PROPOSED] ORDER** |
| v. | |
| DAVID MILLER, | |
| Defendant. | |

| | |
|---|---|
| 1 | The United States of America hereby submits this request for leave from the Court to dismiss |
| 2 | certain counts against Defendant David Miller pursuant to Federal Rule of Criminal Procedure 48(a). |
| 3 | Specifically, the United States Attorney for the Northern District of California moves to dismiss |
| 4 | Counts Two and Three, as well as the bank object of the conspiracy described in Count Four, of the |
| 5 | Indictment (Dkt. No. 1), Superseding Indictment (Dkt. No. 163), and Second Superseding Indictment |
| 6 | (Dkt. No. 502) as to David Miller only, without prejudice.  All other Counts as to defendant Miller |
| 7 | shall remain in effect. |

DATED:  June 10, 2020                                  Respectfully submitted,

DAVID L. ANDERSON
United States Attorney


                                                           */s/ Hallie Hoffman*
HALLIE HOFFMAN
Chief, Criminal Division

# [PROPOSED] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the government to dismiss Counts Two and Three, and the bank fraud object described in Count Four, of the Indictment (Dkt. No. 1), Superseding Indictment (Dkt. No 163), and Second Superseding Indictment (Dkt. No. 502) against defendant David Miller. All other Counts against Defendant David Miller shall remain in full effect.

DATED: June __, 2020

_____
HONORABLE CHARLES R. BREYER
United States District Judge