STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CLAUDIA A. QUIROZ (CABN 254419)
ANDREW F. DAWSON (CABN 264421)
CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-cr-0234 CRB |
|     Plaintiff, | Case No. 16-cr-0225 CRB |
|     v. | **UNITED STATES' FIRST AMENDED WITNESS LIST** |
| DAVID MILLER and MINNESOTA INDEPENDENT COOPERATIVE, INC., | |
|     Defendants. | |

    The United States of America (the "government") hereby provides its list of anticipated witnesses for its case-in-chief. The government retains its right to supplement or amend this list as necessary prior to trial.

**UNITED STATES' FIRST AMENDED WITNESS LIST**

**I.**    <u>**Law Enforcement**</u>

    **A.**    **Federal Bureau of Investigation**

   1. Alexey Abrahams

   2. David VanderPorten

  B. **Internal Revenue Service – Criminal Investigations**

   3. Bryan Wong

   4. Kendl Tovey

  C. **Undercover Agent**

   5. UCE 4252

II. **Non-Law Enforcement Witnesses**

  A. **Victims Witnesses**

   6. Paul O'Leary (pharmacy owner)

   7. Judy Rumpler (pharmacist)

   8. Rhonda Marquess

   9. Matt Gauck (Pharmacist – Village Pharmacy)

   10. Alan Shelton

   11. Michael Cassola

  B. **Civilian Witnesses**

   12. Stephanie Kornechuk

   13. Rami Houchan

   14. John Tran

   15. David Harris

   16. Bradley Ludes

   17. Julie Laughton

   18. Elmer Wurts

   19. Glenn Rebber

   20. Sumeet Singh

   21. Theresa Ritchie (Pennsylvania Department of Health)

   22. Sarah Bayley (Inspector – California Board of Pharmacy)

  C. **Drug Manufacturers**

|   |    |                                              |
|---|----|----------------------------------------------|
| 1 |    | 23. David Hsu (Gilead)                       |
| 2 |    | 24. David Wadsworth (Eli Lilly)              |
| 3 |    | 25. Armando Rivera (Bristol Myers Squib)     |
| 4 |    | 26. Custodian of Records                     |
| 5 | D. | **Wholesale Distributors**                   |
| 6 |    | 27. Steve Mays (AmerisourceBergen)           |
| 7 | E. | **Records Custodians**                       |
| 8 |    | 28. Archstone Financial                      |
| 9 |    | 29. Associated Bank                          |
| 10|    | 30. Banc of California                       |
| 11|    | 31. Banco Santander                          |
| 12|    | 32. Bank of America                          |
| 13|    | 33. Bank of Manhattan                        |
| 14|    | 34. Citibank                                 |
| 15|    | 35. City National Bank                       |
| 16|    | 36. City of Newport Beach                    |
| 17|    | 37. Comerica Bank                            |
| 18|    | 38. Doral Bank                               |
| 19|    | 39. EC Internet                              |
| 20|    | 40. Frandsen Bank                            |
| 21|    | 41. Homestead Escrow                         |
| 22|    | 42. JP Morgan Chase                          |
| 23|    | 43. Merchant Bank                            |
| 24|    | 44. Nevada State Bank                        |
| 25|    | 45. US Bank                                  |
| 26|    | 46. Wells Fargo Bank                         |
| 27| F. | **Minnesota Independent Cooperative Employees** |
| 28|    | 47. Bernie Guillen                           |

|   |   |   |
|---|---|---|
| 48. | Javier Ramirez |
| 49. | Jeannette Couch |
| 50. | James Russo |
| 51. | Marie Polichetti |
| 52. | Alisha Rodriguez |

**III.   Experts**

|   |   |
|---|---|
| 53. | Michael Ignacio |
| 54. | Karen Rothschild |
| 55. | Marissa Bender |

**IV.   Cooperators**

|   |   |
|---|---|
| 56. | Ara Karapedyan |
| 57. | Artur Kublaryan |
| 58. | Peter Kats |
| 59. | Alexander Soliman |
| 60. | Fernando Galan |
| 61. | David Konigsberg |
| 62. | Vin Nguyen |
| 63. | Yusef Yassin Gomez |
| 64. | Aziz Nurhan |
| 65. | Joseph Dallal |
| 66. | Ricardo Jurado |

DATED:  October 13, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
ANDREW F. DAWSON
CHRIS KALTSAS
Assistant United States Attorneys

UNITED STATES' WITNESS LIST                4
No. CR 15-234; No. CR 16-225