**FILED**

January 25, 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>David Miller, Minnesota Independent Cooperative,<br><br>　　　　Defendants. | Case Nos. 15-cr-00234-CRB-28,<br>16-cr-00225-CRB-1,<br>16-cr-00225-CRB-4<br><br>**VERDICT FORM** |

　　　We, the members of the Jury in this matter, have reached the following unanimous verdict with respect to each Count of the Indictment:

## COUNT NO. 1

### (RACKETEERING CONSPIRACY)

We, the Jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | _____ |

of racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d).

## COUNT NO. 2

### (CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | _____ |

of conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349.

## COUNT NO. 3

### (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | _____ |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | _____ |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about April 21, 2011 bearing Invoice Number 8464.

## COUNT NO. 4

### (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | _____ |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | _____ |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about August 25, 2011 bearing Invoice Number 10194.

## COUNT NO. 5

### (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | _____ |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | _____ |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about June 29, 2012 bearing Invoice Number 13834.

## COUNT NO. 6

### (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | _____ |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | _____ |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about September 21, 2012 bearing Invoice Number 15047.

## COUNT NO. 7

## (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about October 12, 2012 bearing Invoice Number 15459.

## COUNT NO. 8

## (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about October 12, 2012 bearing Invoice Number 15472.

## COUNT NO. 9

## (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about November 20, 2012 bearing Invoice Number 16116.

## COUNT NO. 10

## (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about February 6, 2013 bearing Invoice Number 17260.

## COUNT NO. 11

## (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about May 28, 2013 bearing Invoice Number 19515.

## COUNT NO. 12

## (MAIL FRAUD)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | |

of mail fraud, in violation of Title 18, United States Code, Section 1341, specifically, a mailing on or about March 27, 2014, bearing Invoice Number 26221.

## COUNT NO. 13

## (MONEY LAUNDERING CONSPIRACY)

We, the Jury in the above-entitled case, unanimously find the defendant listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | |

of money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h).

## COUNT NO. 14

## (CONSPIRACY – UNLICENSED WHOLESALE DISTRIBUTION AND FALSE STATEMENTS)

We, the Jury in the above-entitled case, unanimously find the defendants listed below:

|  | GUILTY | NOT GUILTY |
|---|---|---|
| DAVID MILLER | ✓ | |
| MINNESOTA INDEPENDENT COOPERATIVE | ✓ | |

of conspiracy to commit unlicensed wholesale distribution and false statements, in violation of Title 18, United States Code, Section 371.

Dated: January 25, 2023

*[signature]*
Foreperson