John D. Cline (State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435

Attorney for David Miller

K.C. Maxwell (State Bar No. 214701)
kcm@kcmaxlaw.com
MAXWELL LAW PC
23 Geary Street, Suite 600
San Francisco, CA 94108
Telephone:    (415) 494-8887
Facsimile:    (415) 749-1694

Attorney for Minnesota Independent Cooperative, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MILLER and MINNESOTA INDEPENDENT COOPERATIVE, INC.,<br><br>Defendants. | Case No. 15-cr-00234-CRB<br>Case No. 16-cr-0225-CRB<br><br>The Hon. Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER RE:**<br><br>**DEFENDANTS' POST-TRIAL MOTIONS** |

Defendants David Miller and Minnesota Independent Cooperative, Inc., as well as the United States of America, by and through their respective counsel indicated below, hereby stipulate and agree that the briefing schedule for defendants' post-trial motions under Fed. R. Crim. P. 29 and 33 should be as follows:

March 1, 2023:   Deadline for defendants to file motions under Fed. R. Crim. P. 29 and 33;

March 22, 2023:   Government's opposition to defendants' motions due;

March 29, 2023:   Defendants' replies due.

IT IS SO STIPULATED.

Dated: January 31, 2023

Respectfully submitted,

MAXWELL LAW PC

By:   /s/

K.C. Maxwell
Attorney for Defendant
MINNESOTA INDEPENDENT COOPERATIVE, INC.

LAW OFFICE OF JOHN D. CLINE

/s/
John D. Cline
Attorney for Defendant
DAVID MILLER

UNITED STATES ATTORNEY'S OFFICE

    /s/  Claudia A. Quiroz
Claudia A. Quiroz
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**ATTESTATION OF FILER**

I attest that I have the permission of the attorneys listed above to enter a conformed signature on their behalf and to file the document.

DATED:  January 31, 2023        LAW OFFICE OF JOHN D. CLINE

By:    /s/ John D. Cline
John D. Cline
Attorney for Defendant David Miller

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation, the Court HEREBY ORDERS that the briefing schedule for defendants' post-trial motions under Fed. R. Crim. P. 29 and 33 shall be as follows:

March 1, 2023:   Deadline for defendants to file motions under Fed. R. Crim. P. 29 and 33;

March 22, 2023:   Government's opposition to defendants' motions due;

March 29, 2023:   Defendants' replies due.

IT IS SO ORDERED.

DATED: _____, 2023

_____
HON. CHARLES R. BREYER
United States District Judge

**PROOF OF SERVICE**

I, John D. Cline, certify that on January 31, 2023, I served all parties in this matter by causing the preceding pleading to be filed electronically, as set forth by Local Rule 5-1.

DATED: January 31, 2023             LAW OFFICE OF JOHN D. CLINE


By:      /s/  John D. Cline
             John D. Cline
    Attorney for Defendant David Miller