RICHARD M. BARNETT
A Professional Law Corporation
California State Bar No. 65132
105 West F Street, Fourth Floor
San Diego, CA 92101
Telephone: (619) 231-1182
Facsimile:  (619) 231-1182
email: richardmbarnett@gmail.com

Attorney for Petitioners
Derenik Stepanyan and Gayane Azizyan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 15-0234 CRB |
| Plaintiff, ) | PETITION OF DERENIK STEPANYAN |
| ) | AND GAYANE AZIZYAN FOR HEARING |
| vs. ) | TO ADJUDICATE VALIDITY OF |
| ) | PETITIONER'S INTEREST IN |
| MIRHAN STEPANYAN, ) | FORFEITED PROPERTY |
| Defendant. ) | [21 U.S.C. § 853(n) & FRCRP. 32.2(c) |
| _____ ) | |
| DERENIK STEPANYAN and ) | |
| GAYANE AZIZYAN, ) | |
| Petitioners. ) | |
| _____ ) | |

## SETTING OF HEARING

The Petitioners, DERENIK STEPANYAN and GAYENE AZIZYAN, by and through

their counsel of record, Richard M. Barnett, A Professional Law Corporation, and pursuant to

21 U.S.C. Section 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, hereby

petition this Court for a hearing to adjudicate their interest in the following forfeited property:

      1)    The real property and improvements located at 1730 Capistrano Circle, Glendale, California 91210 (APN 5653-015-025); and

      2)    The real property and improvements located at 311 Caruso Avenue, Glendale, California 91210 (APN 5642-014-105).

This petition is based on the instant petition, the records and files in this cause, and

1

1    any and all other matters which may be brought to the attention of this court prior to, or at, the

2    hearing on their petitions.

3    Dated:   May 4, 2023

4                                              Respectfully submitted,

5                                              s/ Richard M. Barnett
                                               Richard M. Barnett
6                                              A Professional Law Corporation

7                                              Attorney for Petitioners
                                               DERENIK STEPANYAN and
8                                              GAYENE AZIZYAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PETITION**

1.    I, Derenik Stepanyan, am a petitioner in this matter.

2.    I am married to Gayene Azizyan.  Defendant Mihran Stepanyan is our son.

3.    On or about July 1, 2013, my wife and I purchased the residence located at 311 Caruso Avenue, Glendale, California.  We purchased the property from Christophe Kolandjian. We took title as Derenik Stepanyan and Gayane Azizyan, Husband and Wife as Joint Tenants. (See Exhibit "A" attached hereto).

4.    On or about February 26, 2014, my wife and I purchased the residence located at 1730 Capistrano Circle, Glendale, California.  We purchased the property from Hasmik Gevorgyan.  We took title as Husband and wife as Joint Tenants. (See Exhibit "B" attached hereto).

5.    The properties remain titled in our names.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and recollection.

Executed this 3rd day of May, 2023 at Glendale, California.

*D.stepanyan"* / 05/03/2023
DERENIK STEPANYAN, Petitioner

# EXHIBIT "A"

This page is part of your document - DO NOT DISCARD



# 20130972591



**Pages:**
**0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/01/13 AT 08:00AM**

| | |
|---|---|
| FEES: | 22.00 |
| TAXES: | 658.90 |
| OTHER: | 0.00 |
| PAID: | 680.90 |



**L E A D S H E E T**



201307010160025

00007945445

004969038

**SEQ:**
**26**

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

t01

2.

RECORDING REQUESTED BY:
Chicago Title Company

AND WHEN RECORDED MAIL TO:

DERENIK STEPANYAN
GAYANE AZIZYAN
311 CARUSO AVENUE
GLENDALE, CA 91210



07/01/2013
*20130972591*

THIS SPACE FOR RECORDER'S USE ONLY:

| Title Order No.: 111306160 TT | Escrow No.: 25620-1 |
|---|---|

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX is $658.90**
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X]  City of GLENDALE AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**CHRISTOPHE KOLANDJIAN, a Single Man**

hereby GRANT(s) to:

**DERENIK STEPANYAN and GAYANE AZIZYAN, Husband and Wife** as  Joint  Tenants

the real property in the City of GLENDALE, County of Los Angeles, State of California, described as:
**LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF**

Also Known as: 311 CARUSO AVENUE, GLENDALE, CA 91210
**AP#: 5642-014-105**

DATED June 11, 2013
STATE OF  New  York
COUNTY OF  Onondaga
On  June  19, 2013
before me,  Melissa  Schwartz
A Notary Public in and for said State personally appeared
Christophe  Kolandjian

who proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

**CHRISTOPHE KOLANDJIAN**

CA DL  F2099978

MELISSA SCHWARTZ
Notary Public - State of New York
NO. 048C6162309
Qualified in Onondaga County
My Commission Expires 5-12-15

Signature
(Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

*3*

**EXHIBIT "A"**
Legal Description

**For APN/Parcel ID(s):  5642-014-105**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF GLENDALE, COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED ONE-ONE HUNDREDTH  (1/100TH)  FEE SIMPLE INTEREST AS A TENANT IN
COMMON IN AND TO THE COMMON AREA, AS SHOWN ON THE CONDOMINIUM PLAN FOR
AIRSPACE LOT 10 OF TRACT NO. 68602, IN THE CITY OF  GLENDALE,  COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED  IN  BOOK 1350,  PAGES 45
THROUGH 63 INCLUSIVE, OF MAPS, WHICH CONDOMINIUM PLAN WAS RECORDED ON
NOVEMBER 6, 2008 AS INSTRUMENT NO. 20081965478 ALL IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

PARCEL 2:

UNIT NO. 311, OF AIRSPACE LOT 10 OF TRACT NO.  68602,  AS SHOWN AND DESCRIBED IN SAID
CONDOMINIUM PLAN.

RESERVING FROM SAID PARCELS 1 AND 2 ABOVE,  FOR THE BENEFIT OF GRANTOR, ITS
SUCCESSORS IN INTEREST, AND OTHERS,  EASEMENTS FOR ACCESS, USE, ENJOYMENT,
REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION OF
ESTABLISHMENT OF CONDITIONS, COVENANTS AND RESTRICTIONS FOR EXCELSIOR AT THE
AMERICANA AT BRAND ("DECLARATION"), RECORDED ON AUGUST 6,  2008,  AS INSTRUMENT
NO. 20081409167, OF THE OFFICIAL RECORDS OF LOS ANGELES  COUNTY, CALIFORNIA,
INCLUDING ANY AMENDMENTS THERETO.

PARCEL 3:

THAT CERTAIN EXCLUSIVE USE ASSOCIATION PROPERTY PATIO, IF ANY, SHOWN AND
DESIGNATED IN THE ABOVE-REFERENCED CONDOMINIUM PLAN WITH THE LETTER "P"
FOLLOWED BY THE NUMBER DESIGNATION OF THE UNIT, CONSISTING OF EXCLUSIVE
EASEMENTS FOR USE THEREOF APPURTENANT TO PARCELS 1 AND 2 ABOVE,  AS DEFINED
AND DESCRIBED IN THE DECLARATION AND THE CONDOMINIUM PLAN.

PARCEL 4:

THOSE CERTAIN TWO  (2) EXCLUSIVE  USE ASSOCIATION PROPERTY PARKING SPACES IN THE
SUBTERRANEAN PARKING GARAGE SHOWN AND DESIGNATED IN THE ABOVE-REFERENCED
CONDOMINIUM PLAN WITH THE LETTERS "PS" AND FOLLOWED BY A NUMBER DESIGNATION,
ONE (I)  OF WHICH PARKING SPACES SHALL INCLUDE A STORAGE LOCKER THEREIN, SAID
PARKING SPACES SHALL BE ASSIGNED IN WRITING TO GRANTEE BY THE GRANTOR AS
FURTHER PROVIDED IN THE DECLARATION, CONSISTING OF EXCLUSIVE EASEMENTS FOR USE
THEREOF APPURTENANT TO PARCELS 1 AND 2 ABOVE, AS DEFINED AND DESCRIBED IN THE
DECLARATION AND THE CONDOMINIUM PLAN,

PARCEL 5:

NONEXCLUSIVE EASEMENTS FOR ACCESS,  INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE,
ENCROACHMENT, SUPPORT, MAINTENANCE,  REPAIRS, AND FOR OTHER PURPOSES, ALL AS
DESCRIBED IN THE DECLARATION.

# EXHIBIT "B"

This page is part of your document - DO NOT DISCARD



## 20140199033



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**02/26/14 AT 08:00AM**

| | |
|---|---|
| **FEES:** | 25.00 |
| **TAXES:** | 1,100.00 |
| **OTHER:** | 0.00 |
| **PAID:** | 1,125.00 |



LEADSHEET



201402260150009

00008901875



006055131

**SEQ:**
**12**

DAR - Title Company (Hard Copy)

THIS FORM IS NOT TO BE DUPLICATED                t10

**RECORDING REQUESTED BY:**
North American Title Company

**AND WHEN RECORDED MAIL TO:**

Mr. Derenik Stepanyan
Mrs. Gayane Azizyan
1730 Capistrano Circle
Glendale, CA 91208



02/28/2014

*20140199033*

THIS SPACE FOR RECORDER'S USE ONLY

| Title Order No.: 1277713 | Escrow No.: 013749-NM |
|---|---|

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX is $1,100.00**
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale
[ ] Unincorporated area   [X] City of Glendale AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Hasmik Gevorgyan, an Unmarried Woman**

hereby GRANT(s) to:

**Derenik Stepanyan and Gayane Azizyan, Husband and Wife as Joint Tenants**

the real property in the City of Glendale, County of Los Angeles, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as. 1730 Capistrano Circle, Glendale, CA 91208
AP#: 5653-015-025

DATED February 25, 2014
STATE OF CALIFORNIA
COUNTY OF Los Angeles

Hasmik Gevorgyan

On February 25, 2014
before me, Giselle M. Santizo
A Notary Public personally appeared
Hasmik Gevorgyan **

who proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

GISELLE M. SANTIZO
Commission # 1972362
Notary Public - California
Los Angeles County
My Comm. Expires Mar 17, 2016

Signature                                                                (Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

# EXHIBIT A

## LEGAL DESCRIPTION

Real property in the City of Glendale, County of Los Angeles, State of California, described as follows:

PARCEL 1:

LOT 8 OF TRACT NO. 24619, IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 641 PAGES 81 AND 82 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

AN EASEMENT FOR DRAINAGE PURPOSES AND AN EASEMENT TO CONSTRUCT, RECONSTRUCT, MAINTAIN AND REPAIR DRAINAGE ·CHANNEL OR DRAINAGE PIPE FOR THE PURPOSE OF CARRYING SURFACE DRAINAGE WATER AND FOR NO OTHER PURPOSES OVER THAT PORTION OF LOT 11 OF TRACT 6687, IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 71 PAGE 96 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, LYING SOUTHWESTERLY OF A LINE THAT IS PARALLEL WITH AND DISTANT NORTHEASTERLY 5 FEET MEASURED AT RIGHT ANGLES FROM THE SOUTHWESTERLY LINE AND ITS PROLONGATION OF SAID LOT 11.

APN: 5653-015-025

**Page 3**

Rev. NAT 8/20/13

Order No. 91402-1277713-14

**PETITION**

1.  I, Gayene Azizyan, am a petitioner in this matter.

2.  I am married to Derenik Stepanyan. Defendant Mihran Stepanyan is our son.

3.  On or about July 1, 2013, my husband and I purchased the residence located at 311 Caruso Avenue, Glendale, California. We purchased the property from Christophe Kolandjian. We took title as Derenik Stepanyan and Gayane Azizyan, Husband and Wife as Joint Tenants. (See Exhibit "A" attached hereto).

4.  On or about February 26, 2014, my husband and I purchased the residence located at 1730 Capistrano Circle, Glendale, California. We purchased the property from Hasmik Gevorgyan. We took title as Husband and wife as Joint Tenants. (See Exhibit "B" attached hereto).

5.  The properties remain titled in our names.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and recollection.

Executed this 3rd day of May, 2023 at Glendale, California.

_G. Azizyan_ / 05/03/2023
GAYENE AZIZYAN, Petitioner

# EXHIBIT "A"

This page is part of your document - DO NOT DISCARD



# 20130972591



**Pages:
0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/01/13 AT 08:00AM**

| | |
|---|---|
| FEES: | 22.00 |
| TAXES: | 658.90 |
| OTHER: | 0.00 |
| PAID: | 680.90 |



**L E A D S H E E T**



201307010160025

**00007945445**

004969038

**SEQ:
26**

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

t01

2.

RECORDING REQUESTED BY:
Chicago Title Company

AND WHEN RECORDED MAIL TO:

DERENIK STEPANYAN
GAYANE AZIZYAN
311 CARUSO AVENUE
GLENDALE, CA 91210

07/01/2013



*20130972591*

| Title Order No.: 111366160 TT | THIS SPACE FOR RECORDER'S USE ONLY: |
| | Escrow No.: 26620-1 |

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX is $658.90**

[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X] City of GLENDALE AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**CHRISTOPHE KOLANDJIAN, a Single Man**

hereby GRANT(s) to:

**DERENIK STEPANYAN and GAYANE AZIZYAN, Husband and Wife** as Joint Tenants

the real property in the City of GLENDALE, County of Los Angeles, State of California, described as:
**LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF**

Also Known as: 311 CARUSO AVENUE, GLENDALE, CA 91210
**AP#: 5642-014-105**

DATED June 11, 2013
STATE OF New York
COUNTY OF Onondaga
On June 19, 2013
before me, Melissa Ochwartz
A Notary Public in and for said State personally appeared
Christophe Kolandjian

who proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within
Instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

**CHRISTOPHE KOLANDJIAN**

CA DL 2099978

MELISSA SCHWARTZ
Notary Public - State of New York
NO. 048C6162309
Qualified in Onondaga County
My Commission Expires 5-12-15

Signature _____
(Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

*3*

# EXHIBIT "A"
## Legal Description

**For APN/Parcel ID(s): 5642-014-105**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED ONE-ONE HUNDREDTH (1/100TH) FEE SIMPLE INTEREST AS A TENANT IN COMMON IN AND TO THE COMMON AREA, AS SHOWN ON THE CONDOMINIUM PLAN FOR AIRSPACE LOT 10 OF TRACT NO. 68602, IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1350, PAGES 45 THROUGH 63 INCLUSIVE, OF MAPS, WHICH CONDOMINIUM PLAN WAS RECORDED ON NOVEMBER 6, 2008 AS INSTRUMENT NO. 20081965478 ALL IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

UNIT NO. 311, OF AIRSPACE LOT 10 OF TRACT NO. 68602, AS SHOWN AND DESCRIBED IN SAID CONDOMINIUM PLAN.

RESERVING FROM SAID PARCELS 1 AND 2 ABOVE, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST, AND OTHERS, EASEMENTS FOR ACCESS, USE, ENJOYMENT, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION OF ESTABLISHMENT OF CONDITIONS, COVENANTS AND RESTRICTIONS FOR EXCELSIOR AT THE AMERICANA AT BRAND ("DECLARATION"), RECORDED ON AUGUST 6, 2008, AS INSTRUMENT NO. 20081409167, OF THE OFFICIAL RECORDS OF LOS ANGELES COUNTY, CALIFORNIA, INCLUDING ANY AMENDMENTS THERETO.

PARCEL 3:

THAT CERTAIN EXCLUSIVE USE ASSOCIATION PROPERTY PATIO, IF ANY, SHOWN AND DESIGNATED IN THE ABOVE-REFERENCED CONDOMINIUM PLAN WITH THE LETTER "P" FOLLOWED BY THE NUMBER DESIGNATION OF THE UNIT, CONSISTING OF EXCLUSIVE EASEMENTS FOR USE THEREOF APPURTENANT TO PARCELS 1 AND 2 ABOVE, AS DEFINED AND DESCRIBED IN THE DECLARATION AND THE CONDOMINIUM PLAN.

PARCEL 4:

THOSE CERTAIN TWO (2) EXCLUSIVE USE ASSOCIATION PROPERTY PARKING SPACES IN THE SUBTERRANEAN PARKING GARAGE SHOWN AND DESIGNATED IN THE ABOVE-REFERENCED CONDOMINIUM PLAN WITH THE LETTERS "PS" AND FOLLOWED BY A NUMBER DESIGNATION, ONE (I) OF WHICH PARKING SPACES SHALL INCLUDE A STORAGE LOCKER THEREIN, SAID PARKING SPACES SHALL BE ASSIGNED IN WRITING TO GRANTEE BY THE GRANTOR AS FURTHER PROVIDED IN THE DECLARATION, CONSISTING OF EXCLUSIVE EASEMENTS FOR USE THEREOF APPURTENANT TO PARCELS 1 AND 2 ABOVE, AS DEFINED AND DESCRIBED IN THE DECLARATION AND THE CONDOMINIUM PLAN,

PARCEL 5:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION.

# EXHIBIT "B"

**This page is part of your document - DO NOT DISCARD**



# 20140199033



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**02/26/14 AT 08:00AM**

| | |
|---|---:|
| **FEES:** | 25.00 |
| **TAXES:** | 1,100.00 |
| **OTHER:** | 0.00 |
| **PAID:** | 1,125.00 |



**LEADSHEET**



201402260150009

00008901875



006055131

**SEQ:**
**12**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

t10

**RECORDING REQUESTED BY:**
North American Title Company

**AND WHEN RECORDED MAIL TO:**

Mr. Derenik Stepanyan
Mrs. Gayane Azizyan
1730 Capistrano Circle
Glendale, CA 91208



02/26/2014
*20140199033*

THIS SPACE FOR RECORDER'S USE ONLY

Title Order No.: 1277713                          Escrow No.: 013749-NM

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX is $1,100.00**
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale
[ ] Unincorporated area   [X] City of Glendale AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Hasmik Gevorgyan, an Unmarried Woman**

hereby GRANT(s) to:

**Derenik Stepanyan and Gayane Azizyan, Husband and Wife as Joint Tenants**

the real property in the City of Glendale, County of Los Angeles, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as: 1730 Capistrano Circle, Glendale, CA 91208
AP#: 5653-015-025

DATED February 25, 2014
STATE OF CALIFORNIA
COUNTY OF Los Angeles

_Hasmik Gevorgyan_

On February 25, 2014
before me, Giselle M. Santizo ,
A Notary Public personally appeared
Hasmik Gevorgyan **

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

GISELLE M. SANTIZO
Commission # 1972362
Notary Public - California
Los Angeles County
My Comm. Expires Mar 17, 2016

Signature _____                          (Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

# EXHIBIT A

## LEGAL DESCRIPTION

Real property in the City of Glendale, County of Los Angeles, State of California, described as follows:

PARCEL 1:

LOT 8 OF TRACT NO. 24619, IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 641 PAGES 81 AND 82 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

AN EASEMENT FOR DRAINAGE PURPOSES AND AN EASEMENT TO CONSTRUCT, RECONSTRUCT, MAINTAIN AND REPAIR DRAINAGE ·CHANNEL OR DRAINAGE PIPE FOR THE PURPOSE OF CARRYING SURFACE DRAINAGE WATER AND FOR NO OTHER PURPOSES OVER THAT PORTION OF LOT 11 OF TRACT 6687, IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 71 PAGE 96 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, LYING SOUTHWESTERLY OF A LINE THAT IS PARALLEL WITH AND DISTANT NORTHEASTERLY 5 FEET MEASURED AT RIGHT ANGLES FROM THE SOUTHWESTERLY LINE AND ITS PROLONGATION OF SAID LOT 11.

APN: 5653-015-025

Page 3

Rev. NAT 8/20/13

Order No. 91402-1277713-14

1

**CERTIFICATE OF SERVICE**

2
    I, RICHARD M. BARNETT, do hereby state:

3
    That I am a citizen of the United States, over the age of eighteen years, and not a

4
party to the within action.

5
    That my business address is 105 West F Street, 4th Floor, San Diego, California.

6
    That on May 4, 2023, I have caused service of Petitions of Dernik Stepanyan and

7

8
Gayane Azizyan for Hearing toAdjudicate Validity of Petitioners' Interest in Forfeited

9
Property on the following party by electronically filing the foregoing with the Clerk of

10
the District Court using its ECF System, which electronically notifies said party:

11
    Chris Kaltsas
    Assistant U.S. Attorney

12
    Office of the United States Attorney
    450 Golden Gate Avenue, Box 36005

13
    San Francisco, CA 94102

14
    I declare under penalty of perjury under the laws of the Untied States of America

15
that the foregoing is true and correct.

16
    Executed this 4th day of May, 2023, at San Diego, California.

17

18

19
        /s/ Richard M. Barnett
        RICHARD M. BARNETT

20

21

22

23

24

25

26

27

28