John D. Cline (State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435

Attorney for David Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DAVID MILLER and MINNESOTA INDEPENDENT COOPERATIVE, INC.,<br><br>  Defendants. | Case No. 15-cr-00234-CRB<br>Case No. 16-cr-0225-CRB<br><br>The Hon. Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER RE:**<br><br>**DEFENDANT MILLER'S SURRENDER DATE** |

1     The Court has ordered defendant David Miller to self-surrender by 2 pm on December 1, 2023 to begin serving his sentence. Miller does not intend to seek bail pending appeal from the United States Court of Appeals for the Ninth Circuit. The Court has set a restitution hearing for January 24, 2024. In light of the complex factual issues the hearing will likely involve, Miller's counsel needs his assistance in preparation for and during the hearing.

    In light of these circumstances, defendant Miller and the United States of America, by and through their respective counsel indicated below, hereby stipulate and agree that Miller's self-surrender date should be continued from December 1, 2023 (the current surrender date) until one week after the conclusion of the restitution hearing now scheduled for January 24, 2024. If the Court continues the restitution hearing, Miller shall self-surrender at his designated institution one week after the conclusion of the continued hearing. If the Court cancels the restitution hearing, Miller shall self-surrender at his designated institution one week after the order of cancellation.

    IT IS SO STIPULATED.

Dated: November 20, 2023        Respectfully submitted,

LAW OFFICE OF JOHN D. CLINE

    /s/
John D. Cline
Attorney for Defendant
DAVID MILLER


UNITED STATES ATTORNEY'S OFFICE

    /s/ Andrew Dawson
Andrew Dawson
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

-1-

STIPULATION AND [~~PROPOSED~~] ORDER RE MILLER SURRENDER DATE

-2-

**ATTESTATION OF FILER**

I attest that I have the permission of the attorney listed above to enter a conformed signature on his behalf and to file the document.

DATED:  November 20, 2023        LAW OFFICE OF JOHN D. CLINE


                                 By:    /s/ John D. Cline
                                        John D. Cline
                                 Attorney for Defendant David Miller

-3-

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation, the Court HEREBY ORDERS that defendant David Miller's self-surrender date is continued from December 1, 2023 until one week after the conclusion of the restitution hearing in this matter, now scheduled for January 24, 2024. If the Court continues the restitution hearing, Miller shall self-surrender at his designated institution one week after the conclusion of the continued hearing. If the Court cancels the restitution hearing, Miller shall self-surrender at his designated institution one week after the date of the order of cancellation.

IT IS SO ORDERED.

DATED: November 21, 2023

_____
HON. CHARLES R. BREYER
United States District Judge